# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXP REALTY ADVISORS ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXP REALTY, LLC, and EXP WORLD HOLDINGS, INC., <br><br> Defendants. | **NOTICE OF APPEARANCE** <br><br> No. 1:19-cv-05903 |

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Plaintiff, EXP REALTY ADVISORS ASSOCIATES, INC..

Dated:   June 27, 2019

                                           s/ Howard Wizenfeld
                                           Howard Wizenfeld
                                           CADWALADER, WICKERSHAM & TAFT LLP
                                           200 Liberty Street
                                           New York, New York 10281
                                           Telephone (212) 504-6000
                                           howard.wizenfeld@cwt.com

                                           *Counsel for Plaintiff EXP Realty Advisors Associates, Inc.*