# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

September 18, 2019

**VIA ECF**

Honorable John G. Koetl, U.S.D.J.
Daniel Patrick Moynhihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   EXP Realty Advisors Associates, Inc. v. EXP Realty, LLC et. al, 1:19-cv-5903-JGK

Dear Judge Koetl:

    We write on behalf of Plaintiff EXP Realty Advisors Associates, Inc. ("Plaintiff") regarding the Initial Conference set for September 23, 2019 at 4:30 PM. Before sending this letter to the Court, we provided a copy of this letter to Brian Bodine, counsel for Defendants EXP Realty, LLC and EXP World Holdings, Inc. (collectively, "Defendants"). Mr. Bodine indicated that the Defendants consent to the adjournment requested below.

    The parties are currently engaged in settlement negotiations and working diligently to avoid spending party and judicial resources in litigating this matter. Moreover, Plaintiffs requested and the Defendants have executed a waiver of service. Defendants have not yet appeared in the case and no counsel for Defendants has made a formal appearance before the Court.

    As a result, the Parties respectfully request that the Initial Conference be adjourned for a period of thirty days to October 23, 2019, or such other date as may be convenient for the Court. No previous requests for adjournment of this hearing date have been made, and no other scheduled dates would be affected by this adjournment.

# CADWALADER

Honorable John G. Koetl, U.S.D.J.
September 18, 2019

Thank you for your consideration of this adjournment request.

Respectfully Submitted,

Howard Wizenfeld

cc: Brian G. Bodine, via e-mail (BodineB@LanePowell.com)