# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000 Fax +1 212 504 6666
www.cadwalader.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____ *11-18-19*
November 15, 2019

**VIA ECF**

*Conference adjourned
to 1/8/18 12/20/19 at
2³⁰ P.M.*

Honorable John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*So ordered.
John G. Koeltl.*

*11/18/19.*

Re:    EXP Realty Advisors Associates, Inc. v. EXP Realty, LLC et. al, 1:19-cv-5903-
       JGK

Dear Honorable Judge Koeltl:

   We write on behalf of Plaintiff EXP Realty Advisors Associates, Inc. ("Plaintiff")

regarding the Initial Conference that was adjourned from September 23, 2019 and October 23,

2019, and is currently scheduled for November 21, 2019 at 4:30 p.m. Before sending this letter

to the Court, a copy of it was provided to Brian Bodine, counsel for Defendants EXP Realty,

LLC and EXP World Holdings, Inc. (collectively, "Defendants"). Mr. Bodine indicated that

the Defendants consent to the adjournment requested below.

   On September 18, 2019, the Defendants executed a Waiver of Service, resulting in their

response to the Complaint being due by November 18, 2019. Since executing this waiver, the

Parties have been negotiating in good faith to attempt to resolve the matter, and have

exchanged various offers and counter-offers, with the Defendants currently considering a

counter-offer from Plaintiff. The Parties therefore request that the Initial Conference

Howard Wizenfeld   Tel +1 212 504-6050   Fax +1 212 504-6666   howard.wizenfeld@cwt.com

# C A D W A L A D E R

Honorable John G. Koeltl, U.S.D.J.
November 15, 2019

scheduled for November 21, 2019 be adjourned until December 16, 2019, or such other date as

may be convenient for the Court, so as to provide the Parties with sufficient time to fully

explore these settlement options.  The Initial Conference was originally scheduled for

September 23, 2019, and two previous requests for adjournment for this hearing date have been

requested and granted.  No other scheduled dates would be affected by this adjournment.

.

Thank you for your consideration of this adjournment request.

Respectfully Submitted,

*/s/ Howard Wizenfeld*
Howard Wizenfeld

cc: Brian Bodine, via e-mail (BodineB@LanePowell.com)