**CALHOUN
BHELLA &
SECHREST**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12·17·19

TIME TO RESPOND TO THE COMPLAINT EXTENDED TO JANUARY 17, 2020. CONFERENCE ADJOURNED TO THURSDAY, FEBRUARY 6, 2020, AT 4:30PM. SO ORDERED.

/s/ John G. Koeltl
12/16/19, USDJ

December 13, 2019

*Via CM-ECF*

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: EXP Realty Advisors Associates, Inc. v. EXP Realty, et. al; 1:19-cv-5903 (JGK)**

Dear Judge Koeltl:

Defendants EXP Realty, LLC and EXP World Holdings, Inc. ("Defendants") respectfully file this unopposed letter motion to extend the time on which to answer the Complaint in this matter. The basis for this motion is as follows:

On September 18, 2019, on behalf of his clients, counsel for Defendants executed a waiver of service of the Summons and Complaint. Pursuant to this waiver, Defendants had until November 18, 2019 to answer or otherwise respond to the Complaint. On November 18, 2019, the Court endorsed Defendants' first request to extend Defendants' deadline to answer or otherwise respond to the Complaint until December 18, 2019. *See* Document Nos. 19-20.

Since receiving the extension of time to answer or otherwise respond to the Complaint, Defendants and Plaintiff have exchanged draft settlement agreements. The parties are very close to resolving this matter. Recently, Defendants provided Plaintiff with a revised settlement agreement that is nearly complete, and the parties are in agreement on most if not all of the substantive terms of the settlement. Defendants need to delay execution of the settlement agreement until after its insurance carrier makes a final determination concerning coverage. Due to the upcoming holidays, Defendants do not expect a coverage determination until January of 2020. To provide the parties with time to fully explore settlement options, Defendants hereby move the Court for a thirty (30) day extension of its time to answer or otherwise respond to the Complaint. Plaintiff's counsel, Mr. Wizenfeld, has indicated that Plaintiff does not oppose this motion.

As stated above, Defendants previously sought and were granted one other thirty (30) day extension of time in which to answer or otherwise respond to the Complaint. Absent exigent circumstances, Defendants will not seek any additional extensions of time to answer or otherwise respond to the Complaint in this matter.

**LUCIAN C. CHEN**
PARTNER

 646.819.0400
 646.819.0409

5 Columbus Circle
11th Floor
New York, New York 10019

 lchen@cbsattorneys.com
 cbsattorneys.com

Honorable John G. Koeltl, U.S.D.J.
December 13, 2019
Page 2

At the same time that the Court endorsed Defendants' prior letter motion, the Court adjourned the status conference until December 20, 2019 at 2:30 pm. *See* Document 21. Defendants respectfully request that that status conference be reset to a date after Defendants answer or otherwise respond to the Complaint.

Respectfully submitted,

*/s/ Lucian C. Chen*

Lucian C. Chen
Calhoun Bhella & Sechrest
5 Columbus Circle
New York, NY 10019
LChen@cbsattorneys.com
(646) 819-0406


cc: Howard Wizenfeld, Esq. (via e-mail)
    Brian Bodine, Esq. (via e-mail)